IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01064-REB-KLM

DANIELA ESCUDERO CONTAG,

    Plaintiff,

v.

THE BOEING COMPANY, INC.

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate and Reset Scheduling Conference** [Docket No. 10; Filed June 12, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for July 13, 2009 at 10:30 a.m. is **vacated**.

Dated:  June 15, 2009